**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LORRIE CLARKSON** | :   **CIVIL ACTION** |
| | : |
| **v.** | :   **NO.  22-3247** |
| | : |
| **HARRISBURG AREA COMMUNITY** | : |
| **COLLEGE, KEN PAGUREK, JR.,** | : |
| **BRIAN BOOTH, BOB STAKEM** | : |

## ORDER

AND NOW, this 31st day of August 2023, upon review of plaintiff's amended complaint (DI 41)[1] and finding plaintiff did not attach a redlined version indicating amendments that were made in compliance with Section 5 of Judge Murphy's Policies and Procedures, and defendants' motion to dismiss (DI 36), it is **ORDERED**:

1. Plaintiff shall, no later than **September 5, 2023**, file the redlined version of her amended complaint compliant with Section 5 of Judge Murphy's Policies and Procedures;

2. Defendants' motion to dismiss (DI 36) is **DENIED as moot**;

3. Pre-existing defendants shall respond to the amended complaint no later than **September 21, 2023**; and,

4. We **cancel** the September 12, 2023 initial pretrial and oral argument conference. We **reschedule** the initial pretrial and oral argument videoconference via Microsoft Teams for **October 17, 2023** at **2:00 P.M.**  We will send a videoconference link by e-mail to all counsel of record.

**MURPHY, J.**

---

[1] The amended complaint is by right under Rule 15 and timely because of our August 24, 2023 order.